# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

| | | |
|---|---|---|
| JIMMY PROPES, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | |
| | * | No. 3:11-cv-00049-JJV |
| MICHAEL J. ASTRUE, Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Commissioner responded and offered no objection to the fees requested. So, after careful consideration of the Motion and Response, the Court finds:

1. The hours spent by counsel were reasonable. Therefore the Court approves attorney fees and costs in the amount of $3,106.04 (14.30 hours at $181 per hour, 6.45 paralegal hours at $75 per hour, and expenses of $33.99).

2. The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but subject to any offset to satisfy any pre-existing debt owed to the United States. *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3. Defendant shall certify said award and pay Plaintiff's attorney this amount.

IT IS SO ORDERED this 24th day of May, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1